**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-1297**

—————————

GEORGE HENSON, JR.,

                                    Plaintiff - Appellant,

          versus

COMMISSIONER    OF    THE    SOCIAL    SECURITY
ADMINISTRATION,

                                    Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-99-524)

—————————

Submitted:  May 29, 2003          Decided:  June 3, 2003

—————————

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

George Henson, Jr., Appellant Pro Se.  Debra Jean Prillaman,
Assistant United States Attorney, Joan Elizabeth Evans, Assistant
United States Attorney, Richmond, Virginia; Eileen Alice Farmer,
SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Henson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge affirming the Social Security Commissioner's denial of disability benefits for a period from 1993 to 1998. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Henson v. Commissioner of the Social Sec. Admin., No. CA-99-524 (E.D. Va. Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED